IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **REGINALD JONES,** | |
| Plaintiff, | |
| v. | Case No. 20-cv-1128-NJR |
| **ANTHONY WILLS,** *et al.*, | |
| Defendants. | |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court on Plaintiff Reginald Jones's Motion for Subpoena Duces Tecum (Doc. 167), Motion to Supplement (Doc. 169), and Motion for Subpoena Duces Tecum #2 (Doc. 171). Jones seeks a subpoena for Travis Bayler (Administrative Review Board "ARB" Chairperson) and Sandra Quick to testify at the January 5, 2022 evidentiary hearing. He also requests a subpoena for his 12/23/2015 and 3/15/2017 grievances on protective custody as well as the testimony of John D. Petersen, who can testify about his 12/23/2015 grievance.

As to Jones's request for subpoenas for grievances from 2015 and 2017, as well as testimony related to those grievances, the Court **DENIES** that request (Doc. 171). The documents are not relevant to his current claims or his current grievance.

As to his request for the testimony of Travis Bayler and Sandra Quick, Jones indicates that Bayler will be able to testify as to whether his 5/7/2020 protective custody denial was sent to the ARB and how the appeal requirements in 20 Ill. Admin. Code

§ 501.320 affect the grievance process. He also seeks the testimony of Sandra Quick to testify as "to events prior to 5/7/2020." (Doc. 167, p. 2). Because Jones does not make clear what testimony Sandra Quick could offer, his request for Quick's testimony as a witness is **DENIED**. To the extent he seeks testimony about the protective custody appeals process and the interplay of Section 501.320 with the grievance code, the Court **GRANTS in part and DENIES in part** Jones's motion. Although the Court will not order that Travis Bayler, specifically, appear at the evidentiary hearing, Defendants are **DIRECTED** to provide at least one witness at the evidentiary hearing who can testify about these issues.

**IT IS SO ORDERED.**

DATED:   November 22, 2021

                                                                          _____
                                                                          **NANCY J. ROSENSTENGEL**
                                                                          **Chief U.S. District Judge**