**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| REGINALD JONES, B58058, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 20-cv-1128-NJR |
| | ) | |
| ANTHONY WILLS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

<u>**MOTION TO STRIKE PLAINTIFF'S MOTION TO RECONSIDER (Doc. 285) AND**</u>
<u>**MOTION TO SUPPLEMENT (Doc. 287) OR, IN THE ALTERNATIVE, DENY**</u>

NOW COME the Defendants, ANTHONY WILLS, FRANK LAWRENCE, KRISTA ALLSUP, KYLE HESS, MONTE WATERMAN, JOSEPH CHILDERS, KELLY MAUE, and TERRI WINGERTER, by and through their attorney, KWAME RAOUL, Attorney General of the State of Illinois, and move pursuant to Federal Rule 12(f) to strike Plaintiff's Motion to Reconsider (Doc. 285) and Motion to Supplement (Doc. 287), stating as follows:

1. On June 2, 2022, Plaintiff filed a Motion to Compel Admission by Defendant Waterman. [d/e 273]. Plaintiff also filed a Motion to Supplement this motion on June 15, 2022. [d/e 279].

2. On June 23, 2022, the Court entered an order addressing multiple motions filed by Plaintiff. [d/e 284]. In part, the Court denied both Plaintiff's Motion to Compel Admission by Defendant Waterman and Plaintiff's Motion to Supplement. *Id.* The Court noted:

> The Court fails to see how the July 15, 2019 incident report is related to the claims in this case which took place in May 2020. Further, the Court finds Jones's motion to compel to be an attempt to submit additional requests to admit on Defendant Waterman. The Court previously granted Jones additional requests to admit and informed him that he would not be granted any additional requests (Doc. 247). His current motion appears to be an attempt to circumvent that Order and seek additional requests to admit through a motion to compel. He does not indicate that Waterman's response to the request to admit was improper. Waterman responded

to the request to admit, indicating he was not aware he was named in the grievance. The request did not ask if Waterman was interviewed. Thus, the Court finds that Waterman's response was proper, and the motion to compel (Doc. 273) and motion to supplement (Doc. 279) are DENIED.

*Id.*

3. Plaintiff now asks the Court to reconsider its ruling by way of a Motion to Reconsider, [d/e 285], and Motion to Supplement, [d/e 287].

4. It is clear from Plaintiff's filings that he is attempting to use discovery in this matter to litigate his other matters pending before the Court and currently on appeal. This practice is wholly inappropriate, and Plaintiff should not be provided the opportunity to misuse the discovery process in this way.

5. Plaintiff's argument now is that the processing of grievance #162-8-19 was "fraudulent" based on allegations of misconduct against Sara Quick, and therefore said grievance was inexhaustible. [d/e 285 and 287].

6. The issue of exhaustion has been resolved in this matter. [d/e 220]. Additionally, Sara Quick is not a defendant in this matter, there are no claims presently before the court alleging constitutional violations based on the mishandling of the grievance, and the only potential connection that said grievance has to this case, which is a tenuous connection at best, is Plaintiff's alleged belief that the contents of the grievance should have been reviewed by Defendants during the protective custody process.[1]

7. Plaintiff has continuously used his motion practice in this case to improperly present information to the Court which is unrelated to the present case, not appropriate to bring

---

[1] Defendants do not agree with this factual allegation, nor do they make any admissions as to any factual allegation contained in Plaintiff's complaint through this motion. This information is merely provided to provide the background information necessary to support Defendants' arguments contained in this motion.

before the Court in this manner, and solely designed to harass and attempt to create a bias against Defendants.

8. The motion at hand should be stricken pursuant to Federal Rule 12(f). This rule allows a court to strike "any redundant, immaterial, impertinent, or scandalous matter" on its own or on a motion made by the responding party. Fed. R. Civ. P. 12(f).

9. Should this Court decline to strike the motions, Defendants request that the Court deny them for the reasons stated herein and for the reasons the Court previously denied Plaintiff's motions he is now asking the Court to reconsider.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Court strike Plaintiff's Motion to Reconsider (Doc. 285) and Motion to Supplement (Doc. 287), or, in the alternative, deny the motions, and for all other relief deemed just and proper.

Respectfully submitted,

ANTHONY WILLS, FRANK LAWRENCE, KRISTA ALLSUP, KYLE HESS, MONTE WATERMAN, JOSEPH CHILDERS, KELLY MAUE, and TERRI WINGERTER,

Defendants,

KWAME RAOUL, Attorney General, State of Illinois,

Attorney for Defendants,

Jennifer Powell #6310553
Assistant Attorney General
201 West Pointe Dr. Suite 7
Swansea, IL 62226
(618) 236-8781
jennifer.powell@ilag.gov

BY:   s/ Jennifer Powell
Jennifer Powell #6310553
Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

REGINALD JONES, B58058,   )
            )
    Plaintiff,    )
            )
  -vs-        )  No. 20-1128-NJR
            )
ANTHONY WILLS, et al.,   )
            )
    Defendants.   )

## CERTIFICATE OF SERVICE

   I hereby certify that on July 28, 2022, the foregoing document, *MOTION TO STRIKE PLAINTIFF'S MOTION TO RECONSIDER (Doc. 285) AND MOTION TO SUPPLEMENT (Doc. 287) OR, IN THE ALTERNATIVE, DENY*, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

NONE

and I hereby certify that on the same date, I caused a copy of the document to be mailed by United States Postal Service to the following non-registered participant:

Reginald Jones, #B58058
Menard Correctional Center
Individual in Custody Mail/Parcels
711 Kaskaskia Street
PO Box 1000
Menard, IL 62259

        Respectfully Submitted,

        s/ Jennifer Powell_____
        Jennifer Powell #6310553
        Assistant Attorney General
        201 West Pointe Dr. Suite 7
        Swansea, IL 62226
        Phone: (618) 236-8781
        Fax: (618) 236-8620
        E-Mail: jennifer.powell@ilag.gov